**Opinion filed November 10, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00095-CV

_____

### RONNIE SUE OVERTON, Appellant

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the 50th District Court**
**Baylor County, Texas**
**Trial Court Cause No. 10654**

### M E M O R A N D U M   O P I N I O N

Appellee has filed in this court a motion to dismiss for failure to prosecute. This is a forcible-detainer case in which appellant's brief was originally due for filing on June 10, 2011. This court previously granted a motion for extension and extended the deadline to July 8, 2011. Appellant has yet to file a brief or another motion for extension. We agree that the appeal should be dismissed based upon appellant's failure to prosecute the appeal. TEX. R. APP. P. 42.3.

Appellee's motion to dismiss is granted, and this appeal is dismissed for want of prosecution.

PER CURIAM

November 10, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.